# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

## McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 27 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Emanuel MARTINEZ-Ferrer**

**CRIMINAL COMPLAINT**

Case Number: **M-16-01416-M**

AKA:
IAE    YOB: 1989
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 24, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near San Juan, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On July 24, 2016, Emanuel MARTINEZ-Ferrer a citizen of Mexico was encountered by Immigration Officers at the San Juan Municipal Jail in San Juan, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on July 26, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico for the third (3rd) time on November 26, 2012 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about April 15, 2016 by wading the Rio Grande River at or near Progreso, Texas. On March 19, 2012, the defendant was convicted of 8 USC 1326(a) and 1326(b)(1), Alien Unlawfully Found in the United States After Deportation, Having Been Previously Convicted of a Felony and sentenced to sixteen (16) months to the custody of the United States Bureau of Prisons and three (3) years SRT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA L. Wang

*Signature of Complainant*

**George Garcia**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

at **McAllen, Texas**
City and State

**July 27, 2016**
Date

**Peter E. Ormsby**    **U.S. Magistrate Judge**
Name and Title of Judicial Officer

*Signature of Judicial Officer*